# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., AND H. LUNDBECK A/S<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN LABORATORIES LTD., VIATRIS, INC. AND MYLAN PHARMACEUTICALS INC.<br><br>Defendants. | Civil Action No.: 22-464-JLH<br>Civil Action No.: 22-1125-JLH<br>Civil Action No.: 22-1226-JLH<br>Civil Action No.: 22-1367-JLH |

## STIPULATION AND ORDER OF DISMISSAL

The undersigned, for and on behalf of the above-named Plaintiffs and Defendants, hereby stipulate and agree to the dismissal, without prejudice, of all remaining claims and counterclaims in this action with the parties to bear their own costs and attorneys' fees. The Court specifically retains jurisdiction over the Parties for the purpose of adjudicating any issues arising from the settlement of this action.

{02019323;v1 }                                            1

| | |
|---|---|
| Date  May 28, 2024 | Respectfully submitted, |
| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Steven J. Balick* | /s/ *Jason J. Rawnsley* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com | Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>Christine D. Haynes (#4697)<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br>haynes@rlf.com |
| *Of Counsel*: | *Of Counsel*: |
| James B. Monroe (*Pro Hac Vice*)<br>Paul W. Browning (*Pro Hac Vice*)<br>Denise Main (*Pro Hac Vice*)<br>Jennifer H. Roscetti (*Pro Hac Vice*)<br>Erin M. Sommers (*Pro Hac Vice*)<br>Jeanette M. Roorda (*Pro Hac Vice)*<br>Melanie Magdun (*Pro Hac Vice*)<br>A. Sasha Hoyt (*Pro Hac Vice*)<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4431<br>(202) 408-4000 | Shannon M. Bloodworth (*Pro Hac Vice*)<br>Brandon M. White (*Pro Hac Vice*)<br>Maria A. Stubbings (*Pro Hac Vice*)<br>Christopher D. Jones (*Pro Hac Vice*)<br>Jonathan I. Tietz (*Pro Hac Vice*)<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W. Suite 800<br>Washington, D.C. 20005-3960<br>(202) 654-6200 |
| *Attorneys for Plaintiffs*<br>*Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S* | David L. Anstaett (*Pro Hac Vice*)<br>Autumn N. Nero (*Pro Hac Vice*)<br>Emily J. Greb (*Pro Hac Vice*)<br>Brandon M. Lewis (*Pro Hac Vice*)<br>PERKINS COIE LLP<br>33 E. Main Street, Suite 201<br>Madison, WI 53703<br>(608) 663-7460 |
| | *Attorneys for Defendants Mylan Laboratories Limited, Viatris Inc., and Mylan Pharmaceuticals Inc.* |

**ORDER**

**SO ORDERED**:

This _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE